**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:       Sharon R. Jeter                                    )       Case No. 23-20344-13
                                    DEBTOR       )       (BELOW-MEDIAN)

## MOTION TO MODIFY (ABATE) CHAPTER 13 PLAN PAYMENTS, AND APPLICATION FOR ATTORNEY COMPENSATION

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Modify (Abate) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation, shows the Court as follows:

1)       On 3/31/2023, Debtor filed a Petition and Plan for Chapter 13 relief.

2)       On 6/29/2023, Debtor's Plan was confirmed by Order of this Court.

3)       Debtor has defaulted on Plan payments due to undergoing a mortgage loan modification process and making direct trial payments, however the final modification phase failed.  Debtor is re-applying and searching for a part-time job to supplement her current fixed income.

**4)**       In light of the foregoing, Debtor moves the Court for an order directing the Trustee to **abate all defaulted Plan payments through February 2026, with payments to resume in March 2026.**

5)       Debtor's Counsel has performed additional work on this Case post-Confirmation and seeks **additional attorney fees totaling $750.00 which is to be paid through the Plan** for Doc. #90 the Response ($250) the Motion for Relief from Stay, the Response ($250) to the Trustee's instant Motion to Dismiss, the filing of this Motion ($250), and multiple docket appearances on the Motion for Relief.

**WHEREFORE**, Debtor, for the foregoing reasons, requests the Court enter an order that:

a.       directs the Chapter 13 Trustee to **abate all defaulted Plan payments through February 2026, with payments to resume in March 2026;**

b.       awards Debtor's Counsel additional **attorney fees totaling $750.00** to be paid through the Plan; and for such further relief as the Court deems equitable and proper upon the premises.

Dated: March 4, 2026              Respectfully submitted,
                                                    WM Law

                                                    s/ Ryan M. Graham
                                                    Ryan M. Graham, MO #73470; KS #79061
                                                    15095 W. 116th St.
                                                    Olathe, KS 66062
                                                    Phone (913) 422-0909 / Fax (913) 428-8549
                                                    graham@wagonergroup.com
                                                    ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **3/25/2026** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **4/21/2026 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan M. Graham

Label Matrix for local noticing
1083-2
Case 23-20344
District of Kansas
Kansas City
Thu Sep 28 15:38:23 CDT 2023

Advent Health
7315 E Frontage Rd, Ste. 200
Shawnee Mission KS 66204-1658

Discover
PO Box 6103
Carol Stream IL 60197-6103

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH  430543025

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mr. Cooper
8950 Cypress Waters Blvd
Coppell TX 75019-4620

Nationstar dba Mr. Cooper
Bankruptcy Notices
PO Box 619094
Dallas TX 75261-9094

Overland Park Dentistry
8100 Marty St
Overland Park KS 66204-3737

Pingora Loan Servicing, LLC
c/o Nationstar Mortgage LLC
Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9096

Pingora Loan Servicing, LLC
c/o Timothy J. Thompson
LOGS LEGAL GROUP LLP
6811 Shawnee Mission Parkway - Suite 309
Overland Park, KS 66202-4088

SYNCB/LOWES
PO BOX 965005
Orlando FL 32896-5005

Team Health
8511 Fallbrook Ave
Suite 120
Canoga Park CA 91304-3263

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

Sharon R Jeter
7608 Tomahawk Rd
Prairie Village, KS 66208-4650

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Pingora Loan Servicing, LLC

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16