**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**

In re:  Sharon R. Jeter  )  Case No. 23-20344-13
DEBTOR  )  (BELOW-MEDIAN)

**NOTICE TO WITHDRAW OF RESPONSE TO MOTION TO DISMISS, MOTION TO MODIFY PLAN & FEE APPLICATION AND NOTICE OF OBJECTION DEADLINE, DOCS. NOS. 98, 99 AND 100**

COMES NOW, the above-captioned Debtor, by and through the undersigned Counsel, and requests to withdraw **Documents Nos. 98, 99, and 100, Debtor's Response, Motion to Modify/Fee App., and Notice of Objection Deadline.** Debtor no longer seeks relief under the Code and the Case can therefore be dismissed without prejudice.

Dated: March 9, 2026  Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO# 73470 KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan M. Graham